

**NUMBER 13-08-00289-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**SIM HENRY,** **Appellant,**

**v.**

**GREEN WILLIE'S LANDSCAPE, INC.,** **Appellee.**

---

**On appeal from the County Court at Law
of Aransas County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Benavides
Memorandum Opinion Per Curiam**

Appellant, Sim Henry, brought an appeal from a judgment entered by the County Court at Law of Aransas County, Texas, in cause number 2757C. Appellant has filed an unopposed motion to dismiss the appeal. The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the

motion should be granted.  *See* TEX. R. APP. P. 42.1(a).  Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.  Costs will be taxed against appellant.  *See id.* 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 3rd day of July, 2008.